Certificate Number: 15111-PAE-DE-040749850

Bankruptcy Case Number: 26-10255



15111-PAE-DE-040749850

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 18, 2026, at 2:53 o'clock PM EDT, Megan Elizabeth Fantini completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 18, 2026          By:      /s/Hasan Bilal for Ryan McDonough

Name:  Ryan McDonough

Title:   Executive Director of Education