United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Megan Elizabeth Fantini

    Debtor

Case No. 26-10255-amc

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2026 | Form ID: 318 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan Elizabeth Fantini, 32 Towpath Road, Levittown, PA 19056-1514 |
| 15095048 | | CH Primary Care at Langhorne, 1690 Big Oak Road, Yardley, PA 19067-6421 |
| 15095050 | | Dermpath Diagnostics, POB 629033, El Dorado Hills, CA 95762-9033 |
| 15095064 | | Spring Health, POB 773109, Detroit, MI 48277-3109 |
| 15095066 | | Stream Innovations Inc, POB 460, Newtown Square, PA 19073-0460 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 07 2026 01:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | May 07 2026 05:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15095045 | + | Email/PDF: bncnotices@becket-lee.com | May 07 2026 02:04:01 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 15095046 | + | EDI: CAPITALONE.COM | May 07 2026 05:54:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15095047 | + | Email/Text: Claims@cri.studentaid.gov | May 07 2026 01:58:00 | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 15095049 | + | EDI: CCS.COM | May 07 2026 05:54:00 | Credit Collection Services/CCS, POB 447, Norwood, MA 02062-0447 |
| 15095052 | | EDI: USBANKARS.COM | May 07 2026 05:54:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 15095053 | | Email/Text: Legal@forefrontderm.com | May 07 2026 01:58:00 | Forefront Dermatology, and Affiliated Practices, 801 York Street, Manitowoc, WI 54220 |
| 15095054 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 07 2026 01:58:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15095055 | ^ | MEBN | May 07 2026 01:51:36 | Jefferson Health, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 15095056 | | Email/Text: govtaudits@labcorp.com | May 07 2026 01:58:00 | LabCorp, Laboratory Corporation of America Holdin, POB 2240, Burlington, NC 27216-2240 |
| 15095057 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 07 2026 01:58:00 | LoanCare Llc, Attn: Bankrutptcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 15095059 | + | EDI: AGFINANCE.COM | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: May 06, 2026 | Form ID: 318 | Total Noticed: 29

| | | May 07 2026 05:54:00 | One Main Fincancial, 601 NW Second St, Evansville, IN 47708-1013 |
| 15095060 | ^ MEBN | | |
| | | May 07 2026 01:51:30 | PA Turnpike, Toll By Plate, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15095061 | + Email/Text: panynjbankruptcynotices@panynj.gov | | |
| | | May 07 2026 01:58:00 | Port Authority of NY and NJ, General Counsel, 4 World Trade Center, 150 Greenwich Street, New York, NY 10007-2364 |
| 15095062 | ^ MEBN | | |
| | | May 07 2026 01:51:26 | Quest Diagnostics, P.O. Box 825, South Windsor, CT 06074-0825 |
| 15095063 | + Email/Text: tedwards@ivirma.com | | |
| | | May 07 2026 01:58:00 | RMA Philadelphia, 140 Allen Road, Basking Ridge, NJ 07920-2976 |
| 15095065 | + EDI: AGFINANCE.COM | | |
| | | May 07 2026 05:54:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15095067 | + EDI: SYNC | | |
| | | May 07 2026 05:54:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 15095068 | + EDI: SYNC | | |
| | | May 07 2026 05:54:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15095070 | EDI: TDBANKNORTH.COM | | |
| | | May 07 2026 05:54:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 15095069 | + EDI: WTRRNBANK.COM | | |
| | | May 07 2026 05:54:00 | Target, co Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15095071 | ^ MEBN | | |
| | | May 07 2026 01:51:22 | Tolls By Mail, POB 15183, Albany, NY 12212-5183 |
| 15095072 | Email/Text: EDBKNotices@ecmc.org | | |
| | | May 07 2026 01:58:00 | U.S. Department of Education, Default Resolution Group, POB 5609, Greenville, TX 75403-5609 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15095051 | | Donte Hart |
| 15095058 | ##+ | Loretta Kalitowski, c/o Derek Smith Law Group PLLC, ATTN: Seth D. Carson, Esquire, 1835 Market Street, Ste 2950, Philadelphia, PA 19103-2946 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

District/off: 0313-2

User: admin

Page 3 of 3

Date Rcvd: May 06, 2026

Form ID: 318

Total Noticed: 29

| Name | Email Address |
| --- | --- |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELE PEREZ CAPILATO | on behalf of Debtor Megan Elizabeth Fantini michelecapilatolaw@gmail.com perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Megan Elizabeth Fantini | Social Security number or ITIN   xxx–xx–5581 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   26–10255–amc

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Megan Elizabeth Fantini

5/5/26

**By the court:**  Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**